MARTIN TENBERG, Administrator, *vs.* GEORGE MARTIN.

June 12, 1879.

Evidence *held* sufficient to sustain the findings of fact.

*E. N. Donaldson,* for appellant.

*W. H. Harries,* for respondent.

GILFILLAN, C. J. It is not denied that, the facts being as found by the court below, the plaintiff was entitled to judgment, and there is such a conflict in the evidence upon the controverted facts that the finding cannot be disturbed.

Judgment affirmed.